# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT DOUGLAS CLARK, III,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>Respondent. | No. ED CV 20-01529-MWF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: June 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge